STATE OF NEW YORK    )
                     :SS.:
COUNTY OF NEW YORK   )

RICH GAGE, being sworn, says: I am not a party to the action, am over 18 years of age and reside in BROOKLYN, NEW YORK.

On the 27th day of June, 2008, I served the within **ORDER** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Superior Interiors, Inc.
      11 Pineland Court
      Dix Hills, NY 11746

_____
RICH GAGE

Sworn to before me this
27th day of June, 2008

_____
NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20__