UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA FUND and THE NEW YORK CITY
AND VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION, by MICHAEL J.
FORDE and PAUL O'BRIEN, as TRUSTEES, AND
MICHAEL J. FORDE, AS EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA,

                                    Plaintiffs,
            -against-

SUPERIOR INTERIORS, INC.,

                                    Defendant.
--------------------------------------------------------------------X

COUNSEL:

08 CV 5439 (LTS)
ECF CASE

NOTICE OF MOTION

**MEMO ENDORSED**

The within application is granted.

SO ORDERED.

_[signature]_  8/12/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on

July 23, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings

heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the

Honorable Laura T. Swain, United States District Court Judge at the United States Courthouse, Southern

District of New York, located at 500 Pearl Street, Courtroom 17-C, New York, New York 10007, at a

date and time to be set by the Court, for an Order pursuant to 9 U.S.C. § 9 granting plaintiffs' motion

to confirm an arbitration award and directing that judgment be entered and for such other and further

relief as the Court deems proper and just.

RECEIVED
AUG 27 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.